AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: 2:17-MJ-3156 | Date and time warrant executed: 12/13/2017  1715 | Copy of warrant and inventory left with: Robert Haach |
| Inventory made in the presence of: SA Zachary Opr | | |

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached property receipt

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 12/14/2017

Executing officer's signature

Zachary Opr   Special Agent
Printed name and title

AUSA: Katherine A. Rykken, x. 3659

**DEPARTMENT OF THE INTERIOR**
**U.S. FISH AND WILDLIFE SERVICE**

# PROPERTY RECEIPT

**RECEIVED / SEIZED FROM:** ROBERT HAACK
**DATE AND TIME OF RECEIPT:** 13 DEC 17
**FILE NUMBER:** 2012202719

**RECEIVED / SEIZED BY:** SA TAMARA KUREY
**LOCATION:** 215 N. COMMONWEALTH AVE, APT C, LOS ANGELES, CA 90004

| ITEM NO. | DESCRIPTION |
|---|---|
| 1 | USPS RETURN RECEIPT - DEIRDRE HOWLEY |
| 2 | ONE (1) CATERPILLAR BOOT W/ STAMPS INSIDE |
| 3 | SIX (6) STAMPS; ONE (1) PENDANT BACKING |
| 4 | ONE (1) STAMP WEIGHT |
| 5 | ONE (1) BAG OF ABALONE DISKS |
| 7 | BOX OF FIVE (5) STAMP WEIGHTS |
| 6 | BOX LABELED "ROBERT'S WORK STUFF" |
| 8 | SOUTHWEST JEWELRY BOOKS (5) |
| 9 | TURQUOISE - BOX OF RAW MATERIALS |
| 10 | MASTER GEM POLISHING BOOK |
| 12 | GEM + MINERAL PERIODICAL BOOKS (8) |
| 11 | IVORY JACK RECEIPT + TUCSON GUIDE |
| 13 | JEWELRY MANUFACTURING SAW |
| 14 | TURQUOISE - RAW MATERIALS - LOLOMA STAMPS |
| 15 | RAW MATERIALS, COIL, STONES, METAL - VARIOUS NOTES |
| 16 | TUB OF MAGAZINES, RAW MATERIALS, TOOLS |
| 17 | MOLDS, STONES, JEWELRY FROM CABINET (BATHROOM) |
| 18 | INLAYED TURQUOISE PIECES |
| 19 | blue bin w/ RING SIZING EQUIPMENT + MOLDS |
| 20 | RAW MATERIALS, TOOLS, INVOICE |
| 21 | RAW MATERIAL - TURQUOISE, CORAL, INVOICE for IVORY |
| 22 | TIN OF TURQUOISE, RAW IVORY, 2 BINS OF IVORY PIECES + STONES |
| 23 | LOLOMA BOOKS |
| 24 | JEWELRY MAKING BOOKS |
| 25 | BANK STATEMENTS, HOPI JEWELRY - TURQUOISE CATALOGS |
| 26 | FOUR (4) NATIVE AMERICAN STYLE BRACELETS + ONE (1) PENDANT |

34 - INSURED MAIL RECEIPTS
35 - PAPER W/ DEIRDRE HOWLEY'S NAME/ADDRESS
36 - BOX ADDRESSED TO DEIRDRE HOWLEY

I hereby certify that the above is a correct and complete inventory of items (received/seized by)/(transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:** Tamara Kurey
**WITNESS:**
**SIGNATURE:**

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

FORM 3-155 (9/81)

| DEPARTMENT OF THE INTERIOR U.S. FISH AND WILDLIFE SERVICE | **PROPERTY RECEIPT** | |
|---|---|---|
| RECEIVED / ~~SEIZED~~ FROM: ROBERT HAACK | DATE AND TIME OF RECEIPT: 13 DEC 17 | FILE NUMBER: 2017202719 |
| RECEIVED / ~~SEIZED~~ BY: SA TAMARA KUREY | LOCATION: 215 N. COMMONWEALTH AVE., APT. C LOS ANGELES, CA 90004 | |

| ITEM NO. | DESCRIPTION: |
|---|---|
| 28 | MACBOOK PRO – S/N W8015LPZAGV |
| 29 | HP PAVILION 6830 – S/N KR1023411 8 |
| 30 | HP PAVILION Z3-P112 – S/N SCN43908V5 |
| 32 | 9 THUMB DRIVES, 1 MEMORY STICK |
| 33 | EMACHINES MODEL T5026 – S/N CAG4C10007514 |
| 37 | BOX OF 62 DISPOSABLE CAMERAS, 3 ROLLS OF FILM |

NOTHING FOLLOWS

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

OFFICER: *[signature] Tamara Kurey*
WITNESS: *[signature]*

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

SIGNATURE:

FORM 3-155 (9/81)

ORIGINAL

AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The Residence at 215 North Commonwealth Avenue,<br>Apartment C, Los Angeles, CA 90004 | )<br>)<br>)   Case No.   2:17-MJ-3156<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Central   District of   California
*(identify the person or describe the property to be searched and give its location):*
   See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
   See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit is incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   14 days from the date of its issuance
                                                                                                                                        *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12-13-17 @ 3:40 pm   _____
                                                                             *Judge's signature*

City and state:   Los Angeles, CA   R. A. Oliver
                                                                   *Printed name and title*

AUSA: Katherine A. Rykken, x. 3659